# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In the matter of:<br>KENT, EDWARD F.<br>KENT, ELENE P.<br>PADRE'S ENTERPRISES LLC; PIZZA PAN | Case No. 09-51544 CMC<br><br>Chapter 7<br><br>Judge CHARLES M. CALDWELL |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4,663.10 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Shops at Waggoner, LLC<br>Betsy Klosterman, Northstar Realty<br>5495 New Albany Road West<br>New Albany, OH 43054 | #6 | $4,663.10 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $0.00 | $4,663.10 |

Dated: Oct. 1, 2015

/s/ Frederick L. Ransier
Case Trustee

cc: U.S. Trustee