**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

Edward F. & Elene P. Kent, Padre's Enterprises LLC; Pizza Pan

Case No. 09-51544 CMC
Judge: Charles M Caldwell

Chapter: 7

Debtor(s) /

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of Movant's knowledge, a check in the amount of $4,663.10 was issued to Shops at Waggoner, LLC (name of original creditor/claimant).

2. To the best of Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or <u>complete</u> EIN) are as follows:

    25 Buckingham Ct, Hillsborough, CA 94010  Phone: (650) 991-0999
    TIN: 20-8533995

4. The Movant did not deposit the check for the following reason(s):

Dividends were not collected by the creditor, Shops at Waggoner, LLC. At the time of the filing of this case, the property manager for Shops at Waggoner, LLC was Northstar Realty. Shops at Waggoner, LLC's current address is listed above.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to <u>Shops at Waggoner, LLC c/o Dilks & Knopik, LLC</u>, and mail said check to the following address: 35308 SE Center St<u>,</u> Snoqualmie, WA 98065.

                              Respectfully Submitted:

Dated: October 28, 2015

                            <u>/s/Brian J. Dilks</u>
                            Managing Member
                            Dilks & Knopik, LLC
                            35308 SE Center St
                            Snoqualmie, WA 98065
                            Brian.dilks@dilksknopik.com



# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Shops at Waggoner, LLC is legally entitled to the unclaimed funds referenced in this application.

Dated October 28, 2015

<u>/s/Brian J. Dilks</u>
Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com

United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office

IN RE:

Edward F. & Elene P. Kent, Padre's Enterprises LLC; Pizza Pan

Case No. 09-51544 CMC

Debtor(s) /

## CERTIFICATE OF SERVICE OF APPLICATION

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. Mail on October 28, 2015

| | |
|---|---|
| U.S. Attorney's Office<br>Southern District of Ohio<br>303 Marconi Boulevard – Suite 200<br>Columbus, OH 43215 | Office of the US Trustee<br>170 N. High Street, Suite 200<br>Columbus, OH 43215 |

Edward F. & Elene P. Kent, Padre's
Enterprises LLC; Pizza Pan
Debtor
8063 Ashenden Drive
Blacklick, OH 43004-7100

A copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following via Electronic Mail on October 28, 2015

| | |
|---|---|
| Frederick L Ransier<br>Trustee<br>flransier@vorys.com | Stewart H Cupps<br>Debtors Attorney<br>scupps@wowway.com |

Dated: October 28, 2015

/s/Brian J. Dilks

Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com

**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

Edward F. & Elene P. Kent, Padre's Enterprises LLC; Pizza Pan

Debtor(s)                    /

Case No. 09-51544 CMC
Judge: Charles M Caldwell

Chapter: 7

**NOTICE OF MOTION**

Dilks & Knopik, LLC has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular US Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

U.S. Attorney's Office
Southern District of Ohio
303 Marconi Boulevard – Suite 200
Columbus, OH 43215

Office of the US Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

Edward F. & Elene P. Kent, Padre's Enterprises
LLC; Pizza Pan
Debtor
8063 Ashenden Drive
Blacklick, OH 43004-7100

Stewart H Cupps
Debtors Attorney
scupps@wowway.com

Frederick L Ransier
Trustee
flransier@vorys.com

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

Dated: October 28, 2015

/s/ Brian J. Dilks
Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com

UNITED STATES BANKRUPTCY COURT
Southern District of Ohio, Eastern Division

RE: Edward F. & Elene P. Kent, Padre's Enterprises LLC; Pizza Pan

Debtor(s)

Case: 09-51544 CMC

AUTHORITY TO ACT
Limited Power of Attorney
Limited to one Transaction

USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Shops at Waggoner, LLC** with a tax identification number of XX-XXX**3995**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$4,663.10** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Isam Khoury - Managing Member

Date: OCT. 13, 2015

ACKNOWLEDGMENT

STATE OF CA
COUNTY OF San Mateo

On this 13 day of OCT. 2015, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Isam Khoury known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC _____
Residing at DALY CITY, CA
My Commission expires 07/10/2019

JASON POON
Commission # 2115439
Notary Public - California
San Mateo County
My Comm. Expires Jul 10, 2019



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

L

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

FEB 23 2007

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

Shops at Waggoner, LLC

This Space For Filing Use Only

**DUE DATE:** MAY 14 2007

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2. SECRETARY OF STATE FILE NUMBER: 200704510296
3. STATE OR PLACE OF ORGANIZATION: California

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 25 Buckingham Ct. — CITY AND STATE: Hillsborough, CA — ZIP CODE: 94010

5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY): 25 Buckingham Ct. — CITY: Hillsborough — STATE: CA — ZIP CODE: 94010

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

6. NAME / ADDRESS / CITY AND STATE / ZIP CODE

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER.** (Attach additional pages, if necessary.)

7. NAME: Isam Khoury — ADDRESS: 25 Buckingham Ct. — CITY AND STATE: Hillsborough, CA — ZIP CODE: 94010

8. NAME / ADDRESS / CITY AND STATE / ZIP CODE

9. NAME / ADDRESS / CITY AND STATE / ZIP CODE

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS: Isam Khoury

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 25 Buckingham Ct. — CITY: Hillsborough — STATE: CA — ZIP CODE: 94010

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY: Shopping Center (real estate)

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT:

Isam Khoury / [signature] / Manager / 2-22-07
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM / SIGNATURE / TITLE / DATE

LLC-12 (REV 07/2006) — APPROVED BY SECRETARY OF STATE

# Form SS-4: Application for Employer Identification Number

**Form SS-4** (Rev. February 2006)
Department of the Treasury, Internal Revenue Service

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.)
► See separate instructions for each line. ► Keep a copy for your records.

OMB No. 1545-0003
EIN: 20-8533995

**1. Legal name of entity (or individual) for whom the EIN is being requested**
Shops at Waggoner, LLC

**2. Trade name of business** (if different from name on line 1)

**3. Executor, administrator, trustee, "care of" name**
Isam Khoury

**4a. Mailing address** (room, apt., suite no. and street, or P.O. box)
25 Buckingham Court

**4b. City, state, and ZIP code**
Hillsborough CA 94010

**5a. Street address** (if different) (Do not enter a P.O. box.)
7940-7968 East Broad Street

**5b. City, state, and ZIP code**
Columbus OH 43068

**6. County and state where principal business is located**
Franklin, OH

**7a. Name of principal officer, general partner, grantor, owner, or trustor**
Isam Khoury

**7b. SSN, ITIN, or EIN**
[redacted]

**8a. Type of entity** (check only one box)
- [ ] Sole proprietor (SSN)
- [x] Partnership
- [ ] Corporation (enter form number to be filed)
- [ ] Personal service corporation
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify)
- [x] Other (specify) ► Partnership is LLC
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [ ] Trust (SSN of grantor)
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] REMIC
- [ ] State/local government
- [ ] Federal government/military
- [ ] Indian tribal governments/enterprises

Group Exemption Number (GEN) ►

**8b. If a corporation, name the state or foreign country** (if applicable) where incorporated
State: California
Foreign country:

**9. Reason for applying** (check only one box)
- [ ] Started new business (specify type)
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Compliance with IRS withholding regulations
- [ ] Other (specify)
- [ ] Banking purpose (specify purpose)
- [ ] Changed type of organization (specify new type)
- [x] Purchased going business
- [ ] Created a trust (specify type)
- [ ] Created a pension plan (specify type)

**10. Date business started or acquired** (month, day, year). See instructions.
2007/02/14

**11. Closing month of accounting year**
12

**12. First date wages or annuities were paid** (month, day, year). Note. If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)

**13. Highest number of employees expected in the next 12 months** (enter -0- if none).
Agricultural: | Household: | Other:

Do you expect to have $1,000 or less in employment tax liability for the calendar year? [ ] Yes [ ] No (If you expect to pay $4,000 or less in wages, you can mark yes.)

**14. Check one box that best describes the principal activity of your business.**
- [ ] Construction
- [ ] Rental & leasing
- [ ] Transportation & warehousing
- [ ] Health care & social assistance
- [ ] Wholesale-agent/broker
- [x] Real estate
- [ ] Manufacturing
- [ ] Finance & insurance
- [ ] Accommodation & food service
- [ ] Wholesale-other
- [ ] Other (specify)
- [ ] Retail

**15. Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.**
Shopping Center

**16a. Has the applicant ever applied for an employer identification number for this or any other business?** [x] Yes [ ] No
Note. If "Yes," please complete lines 16b and 16c.

**16b. If you checked "Yes" on line 16a, give applicant's legal name and trade name shown on prior application if different from line 1 or 2 above.**
Legal name ► Isam Khoury
Trade name ►

**16c. Approximate date when, and city and state where, the application was filed. Enter previous employer identification number if known.**
Approximate date when filed (mo., day, year): April, 2005
City and state where filed: San Francisco, CA
Previous EIN: 54-2173608

**Third Party Designee**
Designee's name:
Address and ZIP code:
Designee's telephone number (include area code): ( )
Designee's fax number (include area code): ( )

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Name and title (type or print clearly) ► Isam Khoury, Manager
Applicant's telephone number (include area code): (650) 219-4340
Applicant's fax number (include area code): ( )

Signature ► [signature]
Date ► 10-21-15

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
Cat. No. 16055N
Form **SS-4** (Rev. 2-2006)

# OPERATING AGREEMENT
# SHOPS AT WAGGONER, LLC
# A CALIFORNIA LIMITED LIABILITY COMPANY

In accordance with the Beverly-Killea Limited Liability Company Act and subject to the Articles of Organization, which were filed on February 12, 2007, with the Secretary of State of California, the members of SHOPS at Waggoner, LLC, listed on the signature page, make the following agreement on March 17, 2007, regarding the conduct of the business and affairs of SHOPS at Waggoner, LLC, a California limited liability company ("Company")]:

## ARTICLE 1
## DEFINITION OF TERMS

1.01. When used in this agreement, the following terms have the meanings set forth here:

(a) "Act" means California's Beverly-Killea Limited Liability Company Act, as set forth in Corporations Code Title 2.5.

(b) "Agreement" means this operating agreement, as originally executed and as amended from time to time.

(c) "Articles" means the Articles of Organization for the Company filed under California *Corporations Code* section 17050, including all amendments thereto or restatements thereof.

(d) "Available cash" of the Company means all cash funds of the Company on hand from time to time (other than cash funds obtained as contributions to the capital of the Company by the members and cash funds obtained from loans to the Company), after (1) payment of all operating expenses of the Company as of such time, (2) provision for payment of all outstanding and unpaid current obligations of the Company as of such time, and (3) provision for a working capital reserve, as defined below.

(e) "Bankrupt" or "bankruptcy" means, with respect to any person, being the subject of any order for relief under Title 11 of the United States Code, or any successor statute.

(f) "Capital account" means the individual accounts established and maintained pursuant to Paragraph 3.04.

(g) "Capital contribution" means the total value of cash and agreed fair market value of property contributed and agreed to be contributed to the Company by each member, as shown in Exhibit A, as the same may be amended from time to time.

1

(h) "Code" means the Internal Revenue Code of 1986, as amended. All references in this Agreement to sections of the Code include any corresponding provision or provisions of succeeding law.

(i) "Company" means SHOPS at Waggoner, LLC, a California limited liability company.

(j) "Entity" means any association, corporation, general partnership, limited partnership, limited liability company, joint stock association, joint venture, firm, trust, business trust, cooperative, and foreign association of like structure.

(k) "Interest" in the Company means the entire ownership interest of a Member in the Company at any particular time, including the right of the member to any and all benefits to which a Member may be entitled as provided in this Agreement and under the Act, together with the obligations of the member to comply with all of the terms and provisions of this Agreement.

(l) "Manager" means person(s) elected by the Members of the Company to manage it or each of the Members of the Company.

(m) "Member" means a person who

(1) Has been admitted to the Company as a Member in accordance with the Articles of Organization or Operating Agreement, or an assignee of an interest in the Company who has become a Member pursuant to *Corporations Code* section17303.

(2) Has not resigned, withdrawn, or been expelled as a Member or, if other than an individual, been dissolved.

(n) "Percentage interest" of a Member means the percentage of the member set forth opposite the name of the Member in Exhibit A attached to this Agreement, as the percentage may be adjusted from time to time pursuant to the terms of this Agreement.

(o) "Principal office" means the office of the agent of this Company as shown in its Articles.

(p) "Pro Rata Part" means the proportion that a percentage interest of a Member bears to the aggregate interest in the Company of all Members.

(q) "Share" refers to an interest in the Company representing a contribution to capital. Whenever reference is made to "percentage interest," a share may be converted into the same by dividing a Member's number of shares by the total of all shares outstanding.

(r) "Substitute Member" means any individual or entity that is admitted into membership on the written consent of all Members in accordance with Paragraph 3.11.

2

(s) "Tax Matters Member" means the member chosen pursuant to Internal Revenue Code § 6231(a)(7) to deal with the Internal Revenue Service on tax matters.

## ARTICLE 2
## ORGANIZATION OF COMPANY

### Formation of Company

2.01. The Members have formed a limited liability company under the Act by properly executing and filing the Articles and executing this Agreement. The rights, duties, and liabilities of the Members and the Managers are determined pursuant to the Act, the Articles, and this Agreement.

### Company Name

2.02. The name of the Company is SHOPS at Waggoner, LLC. The Company will transact business under that name. However, the Company may conduct business under another name if the Members think it advisable, provided that the Members comply with the Act and any other applicable laws, file fictitious name certificates and the like, and file any necessary amendments.

### Company Purpose

2.03. The purpose of the Company is to engage in real estate investments, and shall be solely to acquire, operate and dispose of that certain real property known as SHOPS at Wagonner in the City of Columbus, State of Ohio and as more commonly described in Exhibit "A", attached hereto and incorporated herein by this reference (the "Property"). So long as the company is obligated on any indebtedness or obligations of any kind whatsoever to Wells Fargo Bank, a National Banking Association (and its successors and/or assigns, collectively referred to herein as "Lender"), except upon the express prior consent of Lender: (i) the foregoing statement of purpose shall not be amended; and (ii) the Company shall not hold or acquire, directly or indirectly, any ownership interest (legal or equitable) in any real or personal property other than the Property, or become a shareholder of member or partner in any entity which acquires or holds any property other than the Property.

### Operative Date of Agreement

2.04. The provisions of this Agreement shall take effect on April 25, 2007.

individual, or (2) be required to see to the application or distribution of proceeds paid or credited to individuals signing this Agreement on behalf of the entity.

### Execution of Spousal Consent

20.14. Each married Member and their respective spouses are parties to this agreement.

### Warranty of Each Member

20.15. Each Member agrees, represents and warrants that at the time he or she executes this Agreement, either:

    (a) He or she is under no legal obligation, by way of judgment, agreement, contract, or otherwise, specifically including but not limited to any employment agreement, marital settlement agreement, prenuptial or postnuptial agreement, non-marital property agreement, or creditor's agreement, that conflicts with the terms of this Agreement or might impede that Member's ability to comply with the terms of this Agreement, including but not limited to those provisions of this Agreement respecting the operation and management of the Company or dealing with the transfer or interests in the Company; or

    (b) That if he or she is under any legal obligation referred to in subsection (a), above, he or she shall supply, at the time he or she executes this Agreement, a signed consent by each person legally to entitled to enforce that obligation, in substantially the form of the spousal consent form attached to this Agreement, modified as appropriate to the circumstances and approved by all the other members of the Company, by which that person legally entitled to enforce the obligation agrees to be bound by all provisions of this Agreement.

IN WITNESS WHEREOF, the undersigned have executed this Agreement, to be effective as of the date the Articles of Organization of the Company are accepted for filing by the Secretary of State.

March 17, 2007

SHOPS at Waggoner, LLC

Isam and Jane Khoury, Trustees of the Khoury Family Trust
Dated November 22, 2000

By _____
ISAM KHOURY, Trustee, Manager

By _____
Jane Khoury, Trustee

By _____
Leon Khoury, Individual

By _____
Sana Khoury, Individual

22